**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BETH KEITH,

    Plaintiff,

v.                                                Case No. 12-14514

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.
                                                   /

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**

       Plaintiff Beth Keith moved to compel Defendant Allstate Property and Casualty Insurance Company to produce its experts' reports.  Defendant responded, and the court held an on-the-record telephonic conference to discuss the merits.  For the reasons stated on the record,

       IT IS ORDERED that Plaintiff's motion to compel [Dkt. # 18] is DENIED.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  June 20, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 20, 2013, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522